UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY | CASE NO. C08-0002 RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

On March 26, 2009, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute by April 10, 2009. (Dkt. #2). Plaintiff's counsel submitted a notice of intent to withdraw as counsel five days thereafter, but did not indicate the reasons for his withdrawal. (Dkt. #3). In any event, no attorney shall withdraw without leave of the Court. *See* Local Rule GR 2(g)(4)(A). Accordingly, Plaintiff did not respond to the show cause order as directed, and Plaintiff's complaint shall be DISMISSED without prejudice. The case is now CLOSED.

The Clerk is directed to forward a copy of this order to all counsel of record.

DATED this 16th day of April, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1